The Jacob D. Fuchsberg Law Firm, LLP  
Alan L. Fuchsberg, Esq.  
500 Fifth Avenue, 45ᵗ Floor  
New York, New York 10110  
(212) 869-3500  

*Attorneys for Movant*

Hearing Date: February 21, 2017  
Hearing Time: 10:50 AM

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------------X  
In re:

CLUB VENTURES INVESTMENTS LLC,

                    Debtor.  
---------------------------------------------------------------- X

Chapter 7  
Case No. 17-10060-shl

## NOTICE OF HEARING OF MOTION

PLEASE TAKE NOTICE, that upon the annexed affirmation of Alan Fuchsberg, Esq., attorney for movant, SCOTT BARBUTO, the undersigned will move this Court before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, located at the United States Bankruptcy Court, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004 on the 21ˢᵗ day of February, 2017 at 10:50 A.M. of said day or as soon thereafter as counsel can be heard for the entry of an order pursuant to 11 U.S.C.. § 362(d), granting relief from the automatic stay to permit Movant's personal injury action pending in the Supreme Court of the State of New York, New York County, entitled SCOTT BARBUTO, Plaintiff, -against- CLUB VENTURES INVESTMENTS LLC d/b/a DAVIDBARTONGYM, Defendant, Index Number 150695/2013, to proceed. Movant has made a prima facie showing that cause exists to lift the automatic stay because, *inter alia*, the debtor is privately insured, the litigation of the case would not interfere with the bankruptcy proceedings, the debtor would not be prejudiced by enabling the case to

1

proceed to trial and seek recovery against its insurance, the parties are ready for trial, and thus, the case could be resolved expeditiously if the stay was lifted.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Bankruptcy Rule 9006-1 answering papers, if any, must be filed with the Clerk of the Court, United States Bankruptcy Court and be served upon the undersigned at least seven (7) business days in advance of the hearing, with a copy to chambers of the Honorable Cecelia G. Morris.

Dated: New York, New York
       January 30, 2017

                              THE JACOB D. FUCHSBERG LAW FIRM, LLP

                              By: Alan L. Fuchsberg, Esq.
                              *Attorneys for Movant*
                              500 Fifth Avenue, 45th Floor
                              New York NY 10110
                              (212) 869-3500

TO:

Alice Pin-Lan Ko
Rosen & Associates, P.C.
*Attorneys for Debtor*
CLUB VENTURES INVESTMENTS LLC dba DAVIDBARTONGYM
1177 Avenue of the Americas
New York NY 10036
(212) 223-1100
Email: ako@rosenpc.com

Yann Geron
Fox Rothschild LLP
*Bankruptcy Trustee*
100 Park Avenue, Suite 1500
New York, NY 10017
(212) 878-7900
Email: ygeron@foxrothschild.com

Kathleen Aiello
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017
(212) 878-7908
Email: kaiello@foxrothschild.com

Carla Varriale/Shawn Schatzle
Havkins Rosenfeld Ritzert & Varriale, LLP
*Attorneys for Defendant*
CLUB VENTURES INVESTMENTS LLC dba DAVIDBARTONGYM
1065 Avenue of the Americas, Suite 800
New York, New York 10018
P: (212) 488-1598
F: (212) 564-0203
Email: shawn.schatzle@hrrvlaw.com; carla.varriale@hrrvlaw.com

U.S. TRUSTEE
PO Box 530202
Atlanta, GA 30353-0202