# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

In re:

CLUB VENTURES INVESTMENTS LLC, d/b/a
DAVID BARTON GYM,                                    Chapter 7
                                                     Case No. 17-10060-shl

                              Debtor.

-------------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM **AUTOMATIC** STAY

Plaintiff in the pending action in the Supreme Court of the State of New York, New

York County with Index No. 150695/13 ("Movant"), having moved through his counsel,

Alan L. Fuchsberg, Esq., for an Order Granting Relief From The Automatic Stay To Permit

Pending Personal Injury Action To Proceed ("Action"), and upon consideration of the papers

submitted in support thereof, and any objections and/or responses thereto, and upon a

hearing before the Court (if any); and this Court having found that: (a) the Court has

jurisdiction over the subject matter of the Motion and the relief requested herein pursuant to

28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c)

the legal and factual bases set forth in the Motion and on the record at the hearing (if any)

establish just cause for the relief granted herein and that such relief is appropriate and in the

best interests of the Debtor, its estate and creditors; and (d) due notice of the Motion having

been given; and it further appearing that no other or further notice is necessary with respect

to the Motion; it is hereby

ORDERED, that the automatic stay is hereby lifted or modified to: (i) allow the

action to proceed against CLUB VENTURES INVESTMENTS, LLC d/b/a DAVID

BARTON GYM, in the adequate forum to judgment or settlement; (ii) permit the plaintiff

in the action to execute on any such judgment or collect on any such settlement against

available insurance proceeds without further order of the court; and (c) such other and

further relief as this Court deems just and proper.

Dated: _____ __, 2017
       New York, New York

                              _____
                              Judge Cecelia G. Morris
                              United States Bankruptcy Judge