**MORRISON COHEN LLP**
*Counsel for Praesidian II SPV 1, LP*
Joseph T. Moldovan
Robert K. Dakis
909 Third Avenue
New York, NY 10022
Telephone:  212-735-8603
Facsimile:   917-522-3103

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| CLUB VENTURES INVESTMENTS LLC | : | Case No. 17-10060-SHL |
| d/b/a DAVID BARTON GYM, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

---------------------------------------------------------------x

**DECLARATION OF ROBERT K. DAKIS IN SUPPORT OF MOTION OF PRAESIDIAN II SPV 1, LP AS AGENT FOR RELIEF FROM THE AUTOMATIC STAY**

ROBERT K. DAKIS declares the following to be true under penalties of perjury:

1.    I am a member of Morrison Cohen LLP, counsel to Praesidian II SPV 2, LP ("Praesidian"). I submit this declaration in support of Praesidian's Motion (the "Motion") for relief from the automatic stay. The facts set forth herein are based on my personal knowledge and my review of the records and legal filings relating to this matter.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a UCC Financing Statement perfecting Praesidian's liens under the Note Purchase Agreement, as defined in the Motion, filed on November 19, 2013.

3.    Attached hereto as **Exhibit B** is a true and correct copy of the Trust Report as of May 3, 2017 showing the balance of funds remaining in escrow pursuant to the Escrow Agreement, as defined in the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      August 16, 2017

                                      By:    */s/* Robert K. Dakis
                                                Robert K. Dakis