# EXHIBIT B

# Trust Report
Ledger / Entry Dates between 01/01/1900 and 05/03/2017

*Trust Type*
*Client Number*
*Matter Number*
*Trust Name*

**HSBC ESCROW ACCT**
***020675: CLUB VENTURES***
**020675-0007: THE LIMELIGHT**
**HSBCINT20675**

| Date | Operator | Payee/Payor | Description | Transaction Type | Check Number | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 11/19/2013 | LAUREA, ROSE | CLUB VENTURES | WIRE FROM PRAESIDIAN CAPITAL INVESTORS | Payment | WIRE1118A | 175,000.00 | 175,000.00 |
| 11/19/2013 | LAUREA, ROSE | CLUB VENTURES | WIRE FROM JOHN HOWARD | Payment | WIRE1118B | 825,000.00 | 1,000,000.00 |
| 01/15/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF DEC. 2013 | Payment | HSBCINT1213 | 123.29 | 1,000,123.29 |
| 03/12/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF JAN. 2014 | Payment | HSBCINT0114 | 127.41 | 1,000,250.70 |
| 03/26/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF FEB. 2014 | Payment | HSBCINT0214 | 127.43 | 1,000,378.13 |
| 04/18/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF MAR 2014 | Payment | HSBCINT0314 | 115.11 | 1,000,493.24 |
| 05/29/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF APR. 2014 | Payment | HSBCINT0414 | 127.46 | 1,000,620.70 |
| 07/07/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF MAY 2014 | Payment | HSBCINT0514 | 123.36 | 1,000,744.06 |
| 07/11/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF JUNE 2014 | Payment | HSBCINT0614 | 127.49 | 1,000,871.55 |
| 08/27/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST DOR THE MONTH OF JULY 2014 | Payment | HSBCINT0714 | 123.40 | 1,000,994.95 |
| 09/26/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF AUG. 2014 | Payment | HSBCINT0814 | 127.52 | 1,001,122.47 |
| 10/02/2014 | LAUREA, ROSE | MEXGLASS SALES | CK# 5683 TO MEXGLASS SALES | Quick Check | 5683 | (71,304.42) | 929,818.05 |
| 10/02/2014 | LAUREA, ROSE | QUALITY STONE | CK# 5684 TO QUALITY STONE | Quick Check | 5684 | (20,000.00) | 909,818.05 |
| 10/02/2014 | LAUREA, ROSE | BELAIR WOODWORKING | CK# 5685 TO BELAIR WOODWORKING | Quick Check | 5685 | (20,000.00) | 889,818.05 |
| 10/02/2014 | LAUREA, ROSE | DANICA LLC | CK# 5685 TO DANICA LLC | Quick Check | 5686 | (50,000.00) | 839,818.05 |
| 10/02/2014 | LAUREA, ROSE | JSF SHEET METAL | CK# 5687 TO JSF SHEET METAL | Quick Check | 5687 | (60,000.00) | 779,818.05 |
| 10/02/2014 | LAUREA, ROSE | KTS | CK# 5688 TO KTS | Quick Check | 5688 | (10,000.00) | 769,818.05 |
| 10/02/2014 | LAUREA, ROSE | GLASS IMPRESSIONS | CK# 5689 TO GLASS IMPRESSIONS | Quick Check | 5689 | (15,000.00) | 754,818.05 |
| 10/02/2014 | LAUREA, ROSE | CLUB VENTURES LIMELIGHT LLC | CK# 5690 TO CLUB VENTURES LIMELIGHT LLC | Quick Check | 5690 | (50,000.00) | 704,818.05 |
| 10/14/2014 | LAUREA, ROSE | HOWARD HAIMES | CK# 5693 TO HOWARD HAIMES | Quick Check | 5693 | (150,000.00) | 554,818.05 |

# Trust Report

Ledger / Entry Dates between 01/01/1900 and 05/03/2017

*Trust Type*
*Client Number*
*Matter Number*
*Trust Name*

| Date | Operator | Payee/Payor | Description | Transaction Type | Check Number | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **HSBC ESCROW ACCT** | | | | | | | |
| *020675: CLUB VENTURES* | | | | | | | |
| 020675-0007: THE LIMELIGHT | | | | | | | |
| HSBCINT20675 | | | | | | | |
| 10/14/2014 | LAUREA, ROSE | THOR PERFORMANCE PRODUCTS | CK#5694 TO THOR PERFORMANCE PRODUCTS | Quick Check | 5694 | (20,105.60) | 534,712.45 |
| 10/14/2014 | LAUREA, ROSE | STUDIO SOFIELD | CK# 5695 TO STUDIO SOFIELD | Quick Check | 5695 | (21,320.06) | 513,392.39 |
| 10/14/2014 | LAUREA, ROSE | 360 PROTECTIONS | CK# 5696 TO 360 PROTECTIONS | Quick Check | 5696 | (28,625.95) | 484,766.44 |
| 10/14/2014 | LAUREA, ROSE | DGA SECURITY SYSTEMS INC. | CK# 5697 TO DGA SECURITY SYSTEMS INC. | Quick Check | 5697 | (8,274.50) | 476,491.94 |
| 10/14/2014 | LAUREA, ROSE | EMPHASIS LIGHTING | CK# 5698 TO EMPHASIS LIGHTING | Quick Check | 5698 | (3,100.00) | 473,391.94 |
| 10/14/2014 | LAUREA, ROSE | AF BROOKLYN | CK# 5699 TO AF BROOKLYN | Quick Check | 5699 | (22,007.50) | 451,384.44 |
| 10/20/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF SEP 2014 | Payment | HSBCINT0914 | 127.54 | 451,511.98 |
| 10/28/2014 | LAUREA, ROSE | DOUGLAS FOUNTAIN | CK# 5702 TO DOUGLAS FOUNTAIN | Quick Check | 5702 | (26,875.00) | 424,636.98 |
| 10/28/2014 | LAUREA, ROSE | QUALITY STONE | CK# 5703 TO QUALITY STONE | Quick Check | 5703 | (20,000.00) | 404,636.98 |
| 10/28/2014 | LAUREA, ROSE | BELAIR WOODWORKING | CK# 5704 TO BELAIR WOODWORKING | Quick Check | 5704 | (20,000.00) | 384,636.98 |
| 10/28/2014 | LAUREA, ROSE | DANICA LLC | CK# 5705 TO DANICA LLC | Quick Check | 5705 | (70,232.93) | 314,404.05 |
| 10/28/2014 | LAUREA, ROSE | MEXGLASS SALES | CK# 5706 TO MEXGLASS SALES | Quick Check | 5706 | (65,325.00) | 249,079.05 |
| 10/28/2014 | LAUREA, ROSE | JSF SHEET METAL | CK# 5707 TO JSF SHEET METAL | Quick Check | 5707 | (90,000.00) | 159,079.05 |
| 10/28/2014 | LAUREA, ROSE | LAREDO ELECTRIC | CK# 5708 TO LAREDO ELECTRIC | Quick Check | 5708 | (40,000.00) | 119,079.05 |
| 10/28/2014 | LAUREA, ROSE | UNITED FEDERATED SYSTEMS | CK#5709 TO UNITED FEDERATED SYSTEMS | Quick Check | 5709 | (8,000.00) | 111,079.05 |
| 11/17/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF OCT. 2014 | Payment | HSBCINT1014 | 95.27 | 111,174.32 |
| 12/01/2014 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF NOV. 2014 | Payment | HSBCINT1130 | 25.36 | 111,199.68 |
| 02/17/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF DEC. 2014 | Payment | HSBCINT1214 | 13.71 | 111,213.39 |
| 02/17/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF JAN. 2015 | Payment | HSBCINT0115 | 14.17 | 111,227.56 |

# Trust Report
Ledger / Entry Dates between 01/01/1900 and 05/03/2017

*Trust Type*
*Client Number*
*Matter Number*
*Trust Name*

| Date | Operator | Payee/Payor | Description | Transaction Type | Check Number | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **HSBC ESCROW ACCT** | | | | | | | |
| *020675: CLUB VENTURES* | | | | | | | |
| 020675-0007: THE LIMELIGHT | | | | | | | |
| HSBCINT20675 | | | | | | | |
| 03/19/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF FEB. 2015 | Payment | HSBCINT0215 | 14.17 | 111,241.73 |
| 04/20/2015 | LAUREA, ROSE | CLUB VENTURES | INTERET FOR THE MONTH OF MAR. 2015 | Payment | HSBCINT0315 | 12.80 | 111,254.53 |
| 05/22/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF APRIL 2015 | Payment | HSBCINT0415 | 14.17 | 111,268.70 |
| 06/26/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF MAY 2015 | Payment | HSBCINT0515 | 13.72 | 111,282.42 |
| 07/21/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF JUNE 2015 | Payment | HSBCINT0615 | 14.18 | 111,296.60 |
| 08/19/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF JULY 2015 | Payment | HSBCINT0715 | 13.72 | 111,310.32 |
| 09/11/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF AUG. 2015 | Payment | HSBCINT0815 | 14.18 | 111,324.50 |
| 10/14/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF SEP. 2015 | Payment | HSBCINT0915 | 14.18 | 111,338.68 |
| 11/10/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF OCT. 2015 | Payment | HSBCINT1015 | 13.73 | 111,352.41 |
| 12/16/2015 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF NOV. 2015 | Payment | HSBCINT1115 | 14.19 | 111,366.60 |
| 01/11/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF DEC. 2015 | Payment | HSBCINT1215 | 13.73 | 111,380.33 |
| 02/08/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF JAN. 2016 | Payment | HSBCINT0116 | 15.11 | 111,395.44 |
| 03/16/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF FEB. 2016 | Payment | HSBCINT0216 | 17.74 | 111,413.18 |
| 04/20/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MO. OF MAR. 2016 | Payment | HSBCINT0316 | 16.60 | 111,429.78 |
| 05/20/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF APR. 2016 | Payment | HSBCINT0416 | 17.74 | 111,447.52 |
| 06/15/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF MAY 2016 | Payment | HSBCINT0516 | 17.18 | 111,464.70 |
| 08/26/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF JUNE 2016 | Payment | HSBCINT0616 | 17.75 | 111,482.45 |
| 08/29/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF JULY 2016 | Payment | HSBCINT0716 | 17.18 | 111,499.63 |
| 09/22/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF AUG. 2016 | Payment | HSBCINT0816 | 17.76 | 111,517.39 |

# Trust Report

Ledger / Entry Dates between 01/01/1900 and 05/03/2017

*Trust Type*
*Client Number*
*Matter Number*
*Trust Name*

| Date | Operator | Payee/Payor | Description | Transaction Type | Check Number | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **HSBC ESCROW ACCT** | | | | | | | |
| *020675: CLUB VENTURES* | | | | | | | |
| 020675-0007: THE LIMELIGHT | | | | | | | |
| HSBCINT20675 | | | | | | | |
| 10/24/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF SEPT. 2016 | Payment | HSBCINT0916 | 17.76 | 111,535.15 |
| 11/15/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF OCT. 2016 | Payment | HSBCINT1016 | 17.19 | 111,552.34 |
| 12/19/2016 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF NOV. 2016 | Payment | HSBCINT1116 | 17.76 | 111,570.10 |
| 02/28/2017 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF DEC. 2016 | Payment | HSBCINT1216 | 17.19 | 111,587.29 |
| 02/28/2017 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF JAN. 2017 | Payment | HSBCINT0117 | 19.83 | 111,607.12 |
| 03/16/2017 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF FEB. 2017 | Payment | HSBCINT0217 | 21.33 | 111,628.45 |
| 04/26/2017 | LAUREA, ROSE | CLUB VENTURES | INTEREST FOR THE MONTH OF MAR. 2017 | Payment | HSBCINT0317 | 19.27 | 111,647.72 |

| | |
|---|---:|
| **Total for HSBCINT20675** | 111,647.72 |
| **Total for 020675-0007: THE LIMELIGHT** | 111,647.72 |
| **Total for 020675: CLUB VENTURES** | 111,647.72 |
| **Total for HSBC ESCROW ACCT** | 111,647.72 |
| **Report Total** | 111,647.72 |