

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022-4834
Tel: 212.209.3050
Fax: 212.371.5500

**Princeton**
4 Independence Way, Ste. 120
Princeton, NJ 08540
Tel: 609.514.1500
Fax: 609.514.1501

**www.reitlerlaw.com**

Jeannette Litos
Direct Dial: (212) 209-3096
Email Address: jlitos@reitlerlaw.com

December 14, 2017

<u>**VIA ELECTRONIC CASE FILING (ECF)**</u>

Vito Genna, Clerk of Court
United States Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY 10004

Re:     <u>**In re CLUB VENTURES INVESTMENTS LLC, Debtor; Case No. 17-10060-SHL**</u>

Dear Mr. Genna,

We are counsel to Yann Geron, the chapter 7 trustee of the above-referenced debtor bankruptcy estate. It appears that assets may be available for distribution to creditors. Accordingly, please send notice to all creditors that this is now an asset case.

Sincerely,

*/s/ Jeannette Litos*

Jeannette Litos

cc:     Yann Geron, Trustee