# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | Chapter 7 |
| : | |
| CLUB VENTURES INVESTMENTS, : | Case No. 17-10060 (SHL) |
| LLC, *et al.* : | |
| : | (Jointly Administered) |
| : | |
| Debtors[1]. : | |

-------------------------------------------------------x

| | |
|---|---|
| YANN GERON, Chapter 7 Trustee of Club : | |
| Ventures Investments, LLC, *et al.*, : | |
| : | |
| : | |
| Plaintiff, : | |
| : | Adv. Pro. No. 19-01112 (SHL) |
| : | |
| -against- : | |
| : | |
| MERIDIAN SPORTS CLUB, LLC *d/b/a* : | |
| DAVID BARTON GYM, : | |
| : | |

-------------------------------------------------------x

## CONSENT JUDGMENT

IT IS HEREBY CONSENTED TO AND AGREED that pursuant to the settlement agreement (the "Settlement Agreement") by and among Yann Geron, chapter 7 trustee for Club Ventures Investments, LLC and affiliated entities (the "Debtors") and Meridian Sports Club, LLC ("Meridian" or the "Defendant"), resolving the Trustee's claims against Meridian in the above-captioned adversary proceeding, which Settlement Agreement has been approved by order of the

---

[1] The Debtors refer to DB 85 Gym Corp. (Case No. 16-13580), Club Ventures III, L.L.C. (Case No. 16-13581), Club Ventures X, LLC (Case No. 16-13582), Club Ventures Archive LLC (Case No. 16-13616), Club Ventures Limelight LLC (Case No. 16-13617), Club Ventures Miami LLC (Case No. 16-13618), and Club Ventures Investments LLC (Case No. 17-10060), all of which did business as DavidBartonGyms prior to their respective filings.

119291250.v1

Court, and pursuant to which Settlement Agreement, Meridian has consented to the entry of this Consent Judgment against it as set forth below, it is hereby

**ORDERED, ADJUDGED AND DECREED,** that

1.      In accordance with the Settlement Agreement, the Trustee shall have judgment against the Defendant only in the amount of $500,000.00. Collection efforts may proceed against the Defendant only immediately following entry of this Consent Judgment.

2.      By signing this Consent Judgment, the Defendant acknowledges that (a) it and its authorized representative have reviewed this Consent Judgment and the Settlement Agreement with an attorney of their choosing; (b) the Defendant's undersigned representative is authorized to execute this Consent Judgment on behalf of the Defendant; and (c) the Defendant and its authorized representative have reviewed this Consent Judgment and are satisfied that they understand the terms of this Consent Judgment.

3.      This Consent Judgment constitutes a judgment under Federal Rules of Civil Procedure 54 and 58, made applicable herein by Federal Rules of Bankruptcy Procedure 7054 and 7058, and the Clerk of the United States Bankruptcy Court for the Southern District of New York is authorized and directed to docket this Consent Judgment as a judgment against the Defendant.

IT IS SO ORDERED on this ____ day of _____, ____ in New York, New York

_____
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

119291250.v1

The undersigned hereby consents to the substance and entry of this Consent Judgment.

DATED:        San Rafael, California
              Feb 15 ___ , 2021

                                MERIDIAN SPORTS CLUB, LLC Defendant

                                By: _____

                                Leonard Rifkind, as the authorized agent of
                                Meridian Sports Club, LLC


DATED:        Morristown, New Jersey
              April   23 , 2021

                                Yann Geron, Chapter 7 Trustee / Plaintiff

                                By: _____

                                MICHAEL R. HERZ
                                Fox Rothschild LLP
                                49 Market Street
                                Morristown, New Jersey 07960
                                (973) 992-4800

3