# EXHIBIT C

108765474.v1

FOX ROTHSCHILD LLP
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900

*Counsel to Yann Geron, Chapter 7 Trustee of*
*Club Ventures Investments, LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                    :
                                                         :  Chapter 7
                                                         :
CLUB VENTURES INVESTMENTS,                               :  Case No. 17-10060 (SHL)
LLC, *et al.*                                            :
                                                         :  (Jointly Administered)
                                                         :
                                                         :
                             Debtors[1].                 :
---------------------------------------------------------x
YANN GERON, Chapter 7 Trustee of                         :
Club Ventures Investments, LLC, *et al.*,                :
                                                         :
                                                         :
                             Plaintiff,                  :
                                                         :  Adv. Pro. No. 19-01112 (SHL)
                                                         :
         -against-                                       :
                                                         :
MERIDIAN SPORTS CLUBS                                    :
CALIFORNIA, LLC d/b/a                                    :
DAVID BARTON GYM,                                        :
                                                         :
                             Defendant.                  :
---------------------------------------------------------x

### ORDER, PURSUANT TO FED. R. BANKR. P. 9019, APPROVING SETTLEMENT AGREEMENT RESOLVING ABOVE-CAPTIONED <u>ADVERSARY PROCEEDING</u>

---

[1]     The Debtors refer to DB 85 Gym Corp. (Case No. 16-13580), Club Ventures III, L.L.C. (Case No. 16-13581), Club Ventures X, LLC (Case No. 16-13582), Club Ventures Archive LLC (Case No. 16-13616), Club Ventures Limelight LLC (Case No. 16-13617), Club Ventures Miami LLC (Case No. 16-13618), and Club Ventures Investments LLC (Case No. 17-10060), all of which did business as DavidBartonGyms prior to their respective filings.

Upon the motion (the "<u>Motion</u>") of Yann Geron (the "<u>Trustee</u>" or the "<u>Plaintiff</u>"), the chapter 7 Trustee for the estates of Club Ventures Investments, LLC ("<u>CV Investments</u>") and affiliated debtors (collectively, the "<u>Debtors</u>"), and the plaintiff in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>"), for an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), approving a settlement agreement (the "<u>Settlement Agreement</u>") between the Trustee, on behalf of the Debtors' estates, and defendant, Meridian Sports Clubs California, LLC (the "<u>Defendant</u>" and together with the Trustee, the "<u>Parties</u>"), settling and resolving the claims in the Adversary Proceeding; and it appearing that good and sufficient notice of the Motion has been provided; and due consideration having been given to any responses received; and a hearing on the Motion having been held before this Court on June 3, 2021, 2021 (the "<u>Hearing</u>"); and upon the record of the Hearing, which is incorporated herein by reference; and for good and sufficient cause; it is hereby

**ORDERED**, that service of the notice of the Hearing and Motion be deemed sufficient and that no further notice be given; and it is further

**ORDERED**, that the Settlement Agreement be, and hereby is, approved, the terms of which are incorporated herein by reference; and it is further

**ORDERED**, that the Trustee and the Defendant be, and hereby are, authorized and directed to take such further actions as are necessary to consummate the terms of the Settlement Agreement; and it is further

**ORDERED**, that in connection with the Settlement Agreement, the Court shall docket in the above-captioned adversary proceeding the Consent Judgment attached as Exhibit B to the Motion; and it is further

**ORDERED**, that this Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of the Settlement Agreement and this Order.

2

Dated:  New York, New York
_____, 2021

_____
Honorable Sean H. Lane
United States Bankruptcy Judge

3