

370 Lexington Avenue, Suite 1101
New York, NY 10017
Tel (646) 560-3224
Fax (207) 421-9215

geronlegaladvisors.com

Yann Geron
ygeron@geronlegaladvisors.com

January 24, 2022

**VIA ELECTRONIC FILING**

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re:**   **Club Ventures Investments LLC; Debtor; Case No. 17-10060-shl**

Dear Mr. Genna:

As requested, this letter will serve as a status report for the above-referenced bankruptcy case for which I am serving as the chapter 7 trustee.

I am currently reviewing this estate and its related chapter 7 cases to determine final estate administration before submitting my final report.

Thank you.

Sincerely yours,

*s/ Yann Geron*

Yann Geron,
Chapter 7 Trustee

cc (*via email*): Jeannette Litos, Esq.